

# THE ATTORNEY GENERAL

## OF TEXAS

GERALD C. MANN

~~WILL WILSON~~

ATTORNEY GENERAL

AUSTIN 11, TEXAS    June 13, 1939

Honorable Peyton Burke
County Auditor
Falls County
Marlin, Texas

Dear Sir:

Opinion No. 0-943

Re: From what funds should payment
for election supplies used in
a county school trustee elec-
tion be made?

Your request for an opinion on the above-stated ques-
tion has been received by this office.

Article 2676 Revised Civil Statutes, reads as follows:

"The general management and control of
the public free schools and high schools in
each county, unless otherwise provided by
law shall be vested in five (5) county school
trustees elected from the county, one of
whom  shall be elected from the county at
large by the qualified voters of the common
and consolidated independent school districts
of the county, and one from each Commissioners'
Precinct by the qualified voters of each Com-
missioners' Precinct, who shall hold office
for a term of two years.  The time for such
election shall be the first Saturday in April
of each year; the order for the election of
county school trustees to be made by the county
judge at least thirty days prior to the date of
said election, and such order shall designate
one voting place for each common school dis-
 trict.  The election officer appointed to hold
the election for trustees in each common school
district shall hold the election at the same
place therein for the county school trustees.
Each year there shall be elected alternately
two (2) county school trustees and three (3)
county school trustees in each county.   The
State Superintendent shall prepare a proper
form of the ballot to be used in such  elec-
tion and such other  explanation of the laws

as he deems necessary, and transmit the same
to the county judge of each county at least
sixty days prior to the date of such election.
All vacancies shall be filled by the remain-
ing trustees.  All elections heretofore held
in accordance with the foregoing provisions
of this section are hereby in all things vali-
dated and all trustees so elected shall con-
tinue to hold office until the expiration of
the term for which they were originally elect-
ed.

"All laws and parts of laws in conflict
herewith shall be and the same are hereby re-
pealed."

Article 2746b, Revised Civil Statutes, provides  as
follows:

"All expenses incurred in connection
with or incidental to any school district
election in connection with the public
school within such school district shall
be paid out of the available maintenance
fund belonging to such district for the
fiscal year during which such election is
held, or out of funds accruing to said dis-
trict for the next ensuing fiscal year;
provided, however, that the payment of any
such expenses out of the funds accrued or
to accrue to such school distirct for the
fiscal year after the year in which such
election is held shall be authorized by
the county superintendent prior to the hold-
ing of such election."

You are respectfully advised that it is the opinion
of this department that the election supplies used in the
election of county school trustees should be paid for out of
the various available maintenance funds belonging to such
districts in which such election is held.

Trusting that the foregoing answers your inquiry, we
are

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/Ardell Williams
Ardell Williams
Assistant

AW-MR-wc

APPROVED:
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

Approved Opinion Committee By s/GOB Chairman